566

## STATE v. SNEED et al.

## SAME v. PAN-AMERICAN PRODUCTION CO. et al.

### Nos. A–332, A–333.

Supreme Court of Texas.

Nov. 15, 1944.

See, also, 184 S.W.2d 665.

Grover Sellers, Atty. Gen., and Gaynor Kendall, Geo. W. Barcus, Fagan Dickson, and Ocie Speer, Asst. Attys. Gen., for petitioner in both cases.

Vinson, Elkins, Weems & Francis, of Houston, for respondents Sneed et al.

Turner, Rodgers & Winn, Carlton R. Winn, and George S. Terry, all of Dallas, and Donald Campbell and L. A. Thompson, both of Tulsa, Okl., for respondent Stanolind Oil & Gas Co.

Rex G. Baker, R. E. Seagler, and Ralph B. Lee, all of Houston, for respondent Humble Oil & Refining Co.

Baker, Botts, Andrews & Wharton and Norman M. West, all of Houston, for respondent Pan-American Production Co.

Smith & Smith and Myron A. Smith, all of Fort Worth, for respondent Southland Royalty Co.

Carlos B. Masterson, of Angleton, for respondents Hiram Moore et al.

Lewis H. Follett, of Angleton, for respondents Follett et al.

ALEXANDER, Chief Justice.

On the 18th day of October, 1944, we refused applications for writs of error in the above cases. The applications were refused because we were of the opinion that the State's suits to recover the land were barred by the one-year statute of limitation. Revised Statutes, Art. 5329, § 4; Caples v. Cole, 129 Tex. 370, 102 S.W.2d 173, 104 S.W.2d 3.

The motions for rehearing are overruled.